# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ELLINGTON, WILLIAM E. | US BANKRUPTCY COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 04/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US BANKRUPTCY JUDGE | ☐ Nomination    Date <br> ☐ Initial   ☐ Annual   ☑ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 01/14/2019 |

**7. Chambers or Office Address**

P. O. BOX 2448
JACKSON, MS 39225-2448

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EX OFFICIO MEMBER, BOARD OF DIRECTORS | MISSISSIPPI BANKRUPTCY CONFERENCE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | SELF-EMPLOYED ARTIST |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MISSISSIPPI BANKRUPTCY CONFERENCE | 02/7/2018 TO 02/8/2018 | OXFORD, MS | MOOT COURT | TRANSPORTATION, MEALS AND HOTEL |
| 2. | MISSISSIPPI BANKRUPTCY CONFERENCE | 11/7/2018 TO 11/9/2018 | BILOXI, MS | MS ANNUAL BANKRUPTCY SEMINAR | TRANSPORTATION, MEALS AND HOTEL |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ELLINGTON, WILLIAM E.** | 04/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HOLMES COUNTY BANK | D/T RURAL PROPERTY - HOLMES COUNTY, MS | K |
| 2. | USAA | CREDIT CARDS - VISA/MC | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARCEL 1 (HOLMES CO., MS) | A | Rent | M | W | | | | | |
| 2. | | | | | | | | | |
| 3. PARCEL 2 (HOLMES CO., MS) | C | Rent | P1 | W | | | | | |
| 4. | | | | | | | | | |
| 5. MINOR UNDIVIDED MINERAL INTEREST (LAWRENCE CO., MS) | | None | J | W | | | | | |
| 6. | | | | | | | | | |
| 7. MINOR UNDIVIDED MINERAL INTEREST (JEFFERSON DAVIS CO., MS) | A | Royalty | J | W | | | | | |
| 8. -LESSEE: GULF PINE ENERGY | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. MINOR UNDIVIDED MINERAL INTEREST (RANKIN CO., MS) | | None | J | W | | | | | |
| 11. | | | | | | | | | |
| 12. MINOR UNDIVIDED MINERAL INTEREST (MADISON CO., MS) | | None | J | W | | | | | |
| 13. | | | | | | | | | |
| 14. MINOR UNDIVIDED MINERAL INTEREST (LAMAR CO., MS) | A | Royalty | J | W | | | | | |
| 15. - WELLS IN VICINITY OF BAXTERVILLE, MS/TELLUS OPERATING GROUP | | | | | | | | | |
| 16. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. .000923 ROYAL; SATARTIA FIELD; UNIT COMPRISED OF PROPERTIES | A | Royalty | J | W | | | | | |
| 18. - WELL IN YAZOO CO., MS/OPERATED BY SPOONER | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. MINERAL INTEREST (HOLMES CO., MS) | | None | J | Q | | | | | |
| 21. - DATE OF APPRAISAL 11/30/1990 | | | | | | | | | |
| 22. - DATE OF DEED 12/26/1990 | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. AXA EQUITABLE VARIABLE CONTRACT: - 1775(H) | | | | | | | | | |
| 25. - EQ/COMMON STOCK INDEX | | None | K | T | | | | | |
| 26. -AXA/MODERATE ALLOCATION PORTFOLIO | | None | J | T | | | | | |
| 27. -EQ/EQUITY 500 INDEX | | None | K | T | | | | | |
| 28. -EQ/INTERNATIONAL EQUITY INDEX | | None | J | T | | | | | |
| 29. -EQ/MIDCAP INDEX | | None | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. AXA EQUITABLE VARIABLE LIFE INSURANCE CO. POLICY: -7937 (H) | | | | | | | | | |
| 32. - EQ/COMMON STOCK INDEX | | None | K | T | | | | | |
| 33. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AXA EQUITABLE VARIABLE LIFE INSURANCE CO. POLICY: -7918 (H) | | | | | | | | | |
| 35. - EQ/COMMON STOCK INDEX | | None | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. AXA EQUITABLE VARIABLE LIFE INSURANCE CO. POLICY: -7914 (H) | | | | | | | | | |
| 38. - EQ/COMMON STOCK INDEX | | None | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. IBM COMMON STOCK | B | Dividend | K | T | | | | | |
| 41. | | | | | | | | | |
| 42. VANGUARD TOTAL STOCK MARKET INDEX ADMIRAL, MUTUAL FUND | C | Dividend | M | T | | | | | |
| 43. | | | | | | | | | |
| 44. GABELLI GLOBAL CONTENT & CONNECTIVITY FUND F/K/A GAMCO GLOBAL TELECOM | C | Dividend | L | T | | | | | |
| 45. | | | | | | | | | |
| 46. FRANKLIN TEMPLETON - MUTUAL BEACON FUND | D | Dividend | M | T | | | | | |
| 47. | | | | | | | | | |
| 48. MINERAL INTEREST (CLARKE CO., MS) - LESSEE: PETRO HARVESTER | A | Royalty | J | W | | | | | |
| 49. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. TRUSTMARK NATIONAL BANK - CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 51. | | | | | | | | | |
| 52. AXA EQUITABLE LIFE INSURANCE CO. - TSA 501C(3): - 7748 (H) | | | | | | | | | |
| 53. - GUARANTEED INTEREST ACCOUNT | A | Interest | K | T | Sold (part) | 11/19/18 | J | A | |
| 54. - EQ/COMMON STOCK INDEX | | None | J | T | Sold (part) | 11/19/18 | J | A | |
| 55. -AXA/MODERATE ALLOCATION PORTFOLIO | | None | J | T | Sold (part) | 11/19/18 | J | A | |
| 56. | | | | | | | | | |
| 57. EQUITABLE WHOLE LIFE POLICY: -0693 | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. INVESCO U.S. GOV. FUND-A, MUTUAL FUND | | None | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. HOLMES COUNTY BANK - CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 62. | | | | | | | | | |
| 63. VANGUARD IRA - PRIME MONEY MARKET FUND | B | Dividend | L | T | Sold (part) | 07/12/18 | J | A | |
| 64. | | | | | | | | | |
| 65. PARCEL 3 (HOLMES CO., MS) PURCHASED 4/24/2007 ($167,748) | A | Rent | M | R | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. PARCEL 4 (HOLMES CO., MS) PURCHASED 01/28/2008 ($35,000) | A | Rent | K | R | | | | | |
| 68. | | | | | | | | | |
| 69. MINERAL INTEREST (LINCOLN CO., MS) | B | Royalty | J | W | | | | | |
| 70. - LESSEE: DENBURY ONSHORE, LLC | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. MONY LIFE INSURANCE CO. POLICY: -2163 (WHOLE LIFE) | A | Interest | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. AXA EQUITABLE VARIABLE LIFE INSURANCE CO. POLICY: - 1743 (H) | | | | | | | | | |
| 75. - EQ/COMMON STOCK INDEX | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. PARCEL 5 (HOLMES CO., MS) PURCHASED 5/22/2018 ($2,766.98) | | None | J | R | Buy | 05/22/18 | J | | SEE SECTION VIII. FOR INFO |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FROM SECTION VII. - LINE 77 (5) - E & E PARTNERSHIP OF HOLMES COUNTY, L.P.

| Name of Person Reporting | Date of Report |
|---|---|
| ELLINGTON, WILLIAM E. | 04/12/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLIAM E. ELLINGTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544